The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| REVERIE AT MARCATO OWNERS ASSOCIATION, a Washington non-profit Corporation, | ) ) ) | NO. 3:12-cv-06035-BHS |
| | ) ) | |
| Plaintiff, | ) ) | ORDER GRANTING MOTION TO REVISE CASE MANAGEMENT ORDER REGARDING PLUMBING RELATED CLAIMS |
| v. | ) ) ) | |
| VISION ONE, L.L.C., a Washington limited liability company, et al., | ) ) ) | |
| Defendants. | ) ) | |

THIS MATTER comes before the Court on Agreed Motion to Revise Case Management

Order Regarding Plumbing Related Claims and the Court considered the motion and record and

files herein and being otherwise fully advised of the premises, now, therefore, it is hereby

ORDERED that the motion is granted and the current deadlines in the Case Management

Order Regarding Plumbing Related Claims are revised and the new deadlines described as

proposed deadlines are hereby adopted:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Deadline to Serve Initial Written Discovery CR 33 & 34 | Completed | N/A |
| Deadline for Plaintiff to | Completed | N/A |

(PROPOSED) ORDER GRANTING MOTION TO REVISE CASE
MANAGEMENT ORDER REGARDING PLUMBING RELATED
CLAIMS - 1
Case No. 3:12-cv-06035-BHS
L:\I00\005 - REVERIE AT MARCATO OWNERS ASSOC\PLEADINGS\ORDER - AGREED MO

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

| | | |
|---|---|---|
| Disclose Class Cert. Experts with Written Reports Per 26(a)(2) | | |
| Deadline for Plaintiff's Class Certification Motion | Completed | N/A |
| Deadline for Inspections & Testing Re Class Issues | 1/20/14 | 4/21/14 |
| Deadline to Complete Deposition of Fact Witnesses Related to Class Issues | 1/20/14 | 4/21/14 |
| Deadline to Complete Depositions of Plaintiff's Class Experts | 2/26/14 | 4/21/14 |
| Deadline for Defendants to Disclose Class Cert. Experts with Written Reports Per 26(a)(2) | 3/31/14 | 4/21/14 |
| Deadline for Defendants' Opposition to Class Certification Motion | 4/21/14 | 5/21/14 |
| Deadline to Complete Depositions of Defendants' Class Experts | 5/20/14 | 6/20/14 |
| Plaintiff's Reply | 6/20/14 | 7/21/2014 |
| Hearing on Certification | July 2014 | August, 2014 |

DATED _____12/30/13_____

_____
Honorable Benjamin H. Settle
UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER GRANTING MOTION TO REVISE CASE
MANAGEMENT ORDER REGARDING PLUMBING RELATED
CLAIMS - 2
Case No. 3:12-cv-06035-BHS
L:\100\005 - REVERIE AT MARCATO OWNERS ASSOC\PLEADINGS\ORDER - AGREED MO

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

1   Presented by:

2   MERRICK, HOFSTEDT & LINDSEY, P.S.

3

4   By _____

5       Thomas J. Collins, WSBA #2157
        tcollins@mhlseattle.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

(PROPOSED) ORDER GRANTING MOTION TO REVISE CASE
MANAGEMENT ORDER REGARDING PLUMBING RELATED
CLAIMS - 3
Case No. 3:12-cv-06035-BHS
L:\100\005 - REVERIE AT MARCATO OWNERS ASSOC\PLEADINGS\ORDER - AGREED MO

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610