# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| REVERIE AT MARCATO OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>VISION ONE, L.L.C., a Washington limited liability company, UPONOR INC. f/k/a Uponor Wirsbo Inc. f/k/a Wirsbo Company, a foreign corporation, DOE MANUFACTURING COMPANIES 1-20, and DOE DISTRIBUTING COMPANIES 1-20,<br><br>    Defendants. | No. 3:12cv-06035-BHS<br><br>**CLASS ACTION COMPLAINT**<br><br>**ORDER**<br><br>**GRANTING STIPULATED/AGREED MOTION FOR TRANSFER/CHANGE OF VENUE PURSUANT TO 28 U.S.C. 1404** |
| VISION ONE, L.L.C.,<br><br>    Third Party Plaintiff,<br><br>    vs.<br><br>SOUND HEATING & AIR CONDITIONING, INC., a Washington corporation; TRANSIT PLUMBING, INC., a Washington corporation; WINDOW INSTALLATION SPECIALISTS, INC., a Washington corporation; RYAN | |

[PROPOSED] ORDER GRANTING MOTION FOR TRANSFER/CHANGE OF VENUE PURSUANT TO §1404

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

Page 1 of 3

| | |
|---|---|
| 1 | HAMILTON d/b/a PACIFIC CREST DRYWALL, a sole proprietorship; PACIFIC CREST DRYWALL, INC., a Washington corporation; TERRANCE G. BOREK d/b/a TECH LIGHTWEIGHT CONCRETE, a sole proprietorship; TECH LIGHTWEIGHT CONCRETE, INC., a Washington corporation; JANE AND JOHN DOES NOS 1-15, and the marital communities composed thereof, and JOHN DOE ENTITIES 1-15, |
| | Third Party Defendants. |
| | RYAN HAMILTON d/b/a PACIFIC CREST DRYWALL, a sole proprietorship, |
| | Fourth Party Plaintiff, |
| | vs. |
| | LYNCH DRYWALL, INC., a Washington corporation; KELLY LYNCH and JANE DOE LYNCH, husband and wife, |
| | Fourth Party Defendants. |

THIS MATTER comes before the Court on a Stipulated/Agreed Motion for Transfer/Change of Venue Pursuant to §1404. The Court considered the motion and record and file herein and being otherwise fully advised of the premises, now, therefore, it is hereby ORDERED that the Stipulated/Agreed Motion for Transfer/Change of Venue Pursuant to §1404 is hereby GRANTED and this Court transfers this litigation to the United States District Court for the District of Minnesota.

*[Signature]* 5/13/14
UNITED STATES DISTRICT JUDGE

This Order Presented by:

/s/ Howard L. Lieber
Howard L. Lieber (*pro hac vice*)

[PROPOSED] ORDER GRANTING MOTION FOR
TRANSFER/CHANGE OF VENUE PURSUANT TO §1404

MERRICK, HOFSTEDT & LINDSEY, P.S.

Page 2 of 3

ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

1  Grotefeld Hoffmann Schleiter Gordon & Ochoa, LLP
   hlieber@ghlaw-llp.com
2  (312) 551-0200

[PROPOSED] ORDER GRANTING MOTION FOR
TRANSFER/CHANGE OF VENUE PURSUANT TO §1404

Page 3 of 3

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610